157 A.3d 816

**IN RE: ADOPTION/GUARDIANSHIP OF
L.M., S.M., O.M., D.M., & D.M.**

Pet. Docket No. 618, Sept.Term, 2016

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 959, Sept. Term, 2016).

Petition for writ of certiorari denied

■

157 A.3d 816

**INDUSTRIAL HOLDINGS**

v.

**The JOHN E. RUTH COMPANY**

Pet. Docket No. 57, Sept. Term, 2017

Court of Appeals of Maryland.

April 21, 2017

(No. 24–C–16–006855, Circuit Court for Baltimore City).

Petition for writ of certiorari denied